**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NAKIMA WILLIAMS,**
Plaintiff, Pro Se,

MEMO ENDORSED

v.

**CITY OF NEW YORK, et al.,**
Defendant(s).

**Case No. 26-CV-05269**

**October 22, 2026**

**Honorable Katherine P. Failla**
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE: Plaintiff's Formal Opposition to Defendant's October 20, 2026 Request for a Second Extension of Time**

Dear Judge Failla:

I respectfully submit this letter as the Plaintiff appearing pro se to formally oppose the Defendant's October 20, 2026 request for an additional extension of time.

**1. Prior Extension Granted Despite Plaintiff's Objection**

On August 6, 2026, I spoke with a receptionist at the New York City Law Department regarding the Defendant's request for an extension. I expressly declined consent and explained that the underlying employment discrimination matter had already been prolonged.

Nevertheless, the Defendant proceeded with its request, and the Court granted an extension on August 10, 2026.

Although I recognize the Court's discretion to grant extensions without my consent, I respectfully clarify that I opposed the request but was told it was submitted. At that time, I was unfamiliar with the proper procedure for communicating my objection directly to the Court.

**2. Defendant's Second Request and Failure to Explain the Need for Additional Time During Our Conversation**

On October 1, 2026, I spoke directly with the attorney representing the City of New York. During our conversation, counsel requested my consent to another extension.

I expressly declined and explained that this matter had already experienced substantial delays. Importantly, counsel did not provide any explanation as to why another extension was necessary, what circumstances prevented the Defendant from complying with the existing deadline, or why the additional time previously granted was insufficient.

Counsel acknowledged my objection and stated that she would include my lack of consent in the request.

On October 22, 2026, I contacted the Clerk's Office and learned that the Defendant had submitted another extension request on October 20, 2026.

I respectfully submit that my refusal to consent was reasonable under these circumstances. I was asked to agree to another delay without being provided any substantive explanation for its necessity.

**3. Prolonged Administrative Proceedings and Continuing Prejudice**

The underlying dispute concerns disability discrimination, failure to provide reasonable accommodations, retaliation, and the termination of my employment with the New York City Administration for Children's Services.

The City has had notice of my employment-related claims through the administrative process, including proceedings before the Equal Employment Opportunity Commission. These proceedings and the subsequent federal litigation have required substantial time and effort.

As a former City employee who has experienced the loss of employment, income, and employment related benefits, I continue to be affected by the unresolved nature of this dispute.

I have diligently pursued the available remedies and respectfully seek the opportunity to have my claims adjudicated without unnecessary additional delay.

**4. Good Cause Under Federal Rule of Civil Procedure 6(b)**

Under Federal Rule of Civil Procedure 6(b)(1), an extension generally requires a showing of good cause.

While I recognize that the Defendant is entitled to request additional time, I respectfully ask the Court to carefully examine the justification presented in the October 20, 2026 application.

During our October 1 conversation, Defendant's counsel did not identify any circumstances necessitating another extension. I therefore had no meaningful opportunity to assess the reasonableness of the request before being asked for my consent.

I respectfully request that the Court consider the prior extension already granted, the Defendant's stated reasons for the present request, and the prejudice associated with further delaying the proceedings.

**5. Requested Relief**

For the foregoing reasons, I respectfully request that the Court:

1. Deny the Defendant's October 20, 2026 request for an additional extension of time.
2. Recognize that I expressly declined consent to both the August and October extension requests.
3. Consider the absence of any explanation provided to me during the October 1 conversation when evaluating the circumstances surrounding the Defendant's request.
4. Require compliance with the existing applicable deadline, unless sufficient good cause is established.
5. Alternatively, should an extension be granted, limit it to the shortest period reasonably necessary and establish a firm deadline.

I respectfully thank the Court for its time and consideration. My objection is submitted in good faith and reflects my desire for a fair, timely, and orderly resolution of this matter.

Respectfully submitted,

**Nakima Williams**

Plaintiff, Pro Se
Case No. 26-CV-05269
2000 Valentine ave Apt 121 Bronx, NY 10457
646-546-3185
Nwilliams8809@gmail.com

Application GRANTED. The parties are hereby ORDERED to appear for a pre-motion conference on **November 20, 2026,** at **10:00 a.m.** At the scheduled time, the parties are to dial in to the conference by calling (855) 244-8681 and entering access code 2315 780 7370#.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated: October 23, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE